# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JACK GARDNER, et al *Plaintiff* v. LIBERTY INSURANCE CORPORATION *Defendant* | Civil Action No. 3:20-cv-147 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   JUDGMENT IN DEFENDANT'S FAVOR ON ALL CLAIMS
.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge   Michael J. Newman   without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for
.

Date:   11/14/23

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*